**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---

MASTERWORKS FINE ART, INC.,

        Case No. CV 02 3664
        (SPATT)(BOYLE)

        Plaintiff,

        ~~DEFAULT~~ **JUDGMENT**

-against-

JOHN RE,

        Defendant.

---

This action having been commenced by the filing of a Complaint and the issuance of a Summons on the July 2, 2002, and copies of said Summons and Complaint having been duly served upon the defendant www.arttrader.org by personal delivery upon said defendant at his residence on July 2, 2002, and issue having been joined with the service and filing of an answer on July 18, 2002, and thereafter the parties entering into a Stipulation of Settlement and Confession of Judgement dated July 15, 2003, and said Stipulation having been filed with the Court on July 21, 2003, and said Stipulation providing, inter alia, that the Defendant's failure to pay the settlement amount by August 15, 2003, would result in the entry of immediate judgment on a sum certain by the clerk of the court without further notice, and said defendant having defaulted under the Stipulation of Settlement and Confession of Judgment,

    **ORDERED, JUDGED AND DECREED** that plaintiffs have judgment against defendant John Re, for the principal amount of $43,500.00, the amount demanded in the complaint, ~~together with default interest at 9% from August 15, 2003 through September 15, 2003 in the amount of $326.25, court costs and attorneys fees in the amount of $2,175.00, for a~~

~~total liquidated amount of $46,301.25~~, and it is further

**ORDERED** that the Judgment rendered by the Court on this day in favor of the plaintiffs be entered as a final judgment as against the defendant, and the Clerk of the Court is directed to enter such judgment forthwith.

Judgment Entered:                                             24/03

_____
Clerk

By:_____

                              ...) TO SERVE A
COPY OF THIS ORDER ON ALL PARTIES UPON
RECEIPT.